## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| The Dauphin County Industrial Development Authority, | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Pennsylvania Public Utility Commission, | : | |
| Respondent | : | No. 1814 C.D. 2014 |

## **O R D E R**

NOW, October 30, 2015, having considered respondent's application for reargument or rehearing *en banc,* intervenor's application for reargument *en banc,* and petitioner's response in opposition thereto, the application is denied.

_____
DAN PELLEGRINI,
President Judge